IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Paula Zelesnik, :
:
    Plaintiff(s), :
: Case Number: 1:17cv211
  vs. :
: Judge Susan J. Dlott
GE Aircraft Engines, et al., :
:
    Defendant(s), :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on April 10, 2017 a Report and Recommendation (Doc. 7). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 9).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, this case is DISMISSED with prejudice for failure to state a claim for relief. It is further ORDERED that the Court certify pursuant to 28 U.S.C. §1915(a) that an appeal of

any Order adopting the Report and Recommendation will not be taken in good faith, therefore,

denying plaintiff leave to appeal *in forma pauperis*.

       IT IS SO ORDERED.

                                                          ___s/Susan J. Dlott_____  
                                                          Judge Susan J. Dlott  
                                                          United States District Court